

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| WILLIAM RICHMOND, ) | |
| ) | No. 04 C 1091 |
| ) | |
| Plaintiff, ) | |
| ) | Judge St. Eve |
| vs. ) | |
| ) | |
| Village of Robbins Police Officers ) | **FILED** |
| **Dion Kimble, Terrance Franklin,** ) | |
| **Darrell Reeder, and Marshawn Henderson,** and ) | FEB 1 6 2005  NF |
| Village of Crestwood Police Officers ) | FEB 16 2005 |
| **John Pace and Mark Pawlak** ) | MICHAEL W. DOBBINS |
| Individually, ) | CLERK, U.S. DISTRICT COURT |
| ) | |
| Defendants. ) | |

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

NOW COMES the plaintiff, by his attorney Garrett W. Browne, and in support of his Motion For Leave to File Amended Complaint, states the following:

1. On February 11, 2004, Plaintiff flied his original Complaint.

2. The original complaint names six individual police officers from two different police departments as defendants. The original complaint contains two counts. Count I alleges an unconstitutional seizure of plaintiff by all the defendants pursuant to 42 U.S.C. Section 1983, and Count II alleges a conspiracy in violation of 42 U.S.C. section 1985.

3. On or about July 13, 2004, the Court granted a motion to dismiss Count II.

4. Subsequently, the parties completed discovery.

5. On or about February 11, 2005, the Court granted plaintiff's Agreed Motion To Dismiss. As a result, all claims against all the defendants except Dion Kimble have been dismissed.

mtn4leave

1

6. Plaintiff is seeking to file a First Amended Complaint for two reasons. (A copy of the proposed First Amended Complaint is attached hereto as Exhibit A.) First, plaintiff is seeking to remove references to all defendants other than Kimble, and to remove references to the claims that have been dismissed. In short, plaintiff is seeking to edit the pleadings to accurately reflect the claims that are still pending before the Court. The proposed amendment does not introduce any new factual allegations or legal theories to the case.

7. The second reason for the proposed amendment is to correct the caption. The plaintiff's legal name is, and always has been, Billy Richmond. However, when plaintiff's counsel drafted the original complaint he incorrectly assumed that Billy was merely a nickname for William. This assumption was based in part on the fact that some of the criminal pleadings related to this case also refer to the plaintiff as William Richmond rather than Billy Richmond. Again, this is not introducing any new factual allegation to the case that was not disclosed during discovery.

8. Plaintiff respectfully submits that were the Court to grant this motion it would not cause any delay, or otherwise require the Court to adjust its scheduling of this case. The filing of the First Amended Complaint will not necessitate any further discovery.

WHEREFORE, plaintiff respectfully requests that this honorable Court grant plaintiff leave to file a First Amended Complaint within seven (7) days.

Respectfully submitted

By: _____
Garrett W. Browne

ED FOX & ASSOCIATES
Attorneys for Plaintiffs
Suite 330
300 West Adams
Chicago, Illinois 60606
(312) 345-8877

mtn4leave

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **BILLY RICHMOND,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Village of Robbins Police Officer )<br>**Dion Kimble** )<br>)<br>Defendant. ) | No. 04 C 1091<br><br>FIRST AMENDED<br>COMPLAINT FOR VIOLATION<br>OF CIVIL RIGHTS<br><br><br>JURY DEMANDED |

Plaintiff alleges:

## JURISDICTION AND VENUE

1. This action arises under the United States Constitution and the Civil Rights Act of 1871 [42 U.S.C. Sections 1983 and 1985]. This court has jurisdiction under and by virtue of 28 U.S.C. Sections 1343 and 1331.

2. Venue is founded in this judicial court upon 28 U.S.C. Section 1381 as the acts complained of arose in this district.

## PARTIES

3. At all times herein mentioned, Plaintiff, BILLY RICHMOND ("RICHMOND") was and is now a citizen of the United States.

4. At all times herein mentioned Village of Robbins Police Officer DION KIMBLE, ("KIMBLE") was employed by the Village of Robbins Police Department, and was acting under color of state law and as the employee, agent or representative of the Robbins Police Department. This Defendant is being sued in his individual capacity.

1

EXHIBIT A

## FACTUAL ALLEGATIONS

5. On or about February 14, 2002, RICHMOND was inside his home in the Village of Robbins, County of Cook, State of Illinois.

6. At that time and place RICHMOND was placed under custodial arrest.

7. RICHMOND was informed at the time of his arrest that he was being arrested because a warrant had been issued for his arrest.

8. The arrest warrant was obtained by KIMBLE.

9. KIMBLE obtained the arrest warrant by providing information to the issuing judge that he knew, or should have known, was false in order to obtain an arrest warrant for plaintiff.

10. When KIMBLE obtained the arrest warrant he knew that it would lead to the arrest and prosecution of RICHMOND.

11. As a result of KIMBLE obtaining the arrest warrant for RICHMOND based upon information that he knew, or should have known, was false RICHMOND was arrested and jailed for approximately six months until he was acquitted.

12. By reason of the above-described acts and omissions of KIMBLE, RICHMOND sustained injuries, including but not limited to, humiliation and indignities, and suffered great mental and emotional trauma, pain and suffering all to his damage in an amount to be ascertained.

13. The aforementioned acts of KIMBLE were willful, wanton, malicious, oppressive and done with reckless indifference to and/or callous disregard for RICHMOND'S rights and

2

justify the awarding of exemplary and punitive damages in an amount to be ascertained according to proof at the time of trial.

14. By reason of the above-described acts and omissions of KIMBLE, RICHMOND was required to retain an attorney to institute, prosecute and render legal assistance to him in the within action so that he might vindicate the loss and impairment of his rights. By reason thereof, RICHMOND requests payment by KIMBLE of a reasonable sum for attorney's fees pursuant to 42 U.S.C. Section 1988, the Equal Access to Justice Act or any other provision set by law.

## COUNT I
## RICHMOND Against KIMBLE for
## UNREASONBLE SEIZURE

15. RICHMOND hereby incorporates and realleges paragraphs one (1) through fourteen (14) hereat as though fully set forth at this place.

16. By reason of KIMBLE'S conduct RICHMOND was deprived of rights, privileges and immunities secured to him by the Fourth and/or Fourteenth Amendments to the Constitution of the United States and laws enacted thereunder.

17. The arbitrary intrusion by KIMBLE, into the security and privacy of RICHMOND'S person was in violation of plaintiff's Constitutional Rights and not authorized by law. KIMBLE violated RICHMOND'S rights in the following manner: KIMBLE used information that he knew, or should have known, to be false in order to obtain a warrant for the arrest of RICHMOND knowing it would lead to the arrest and prosecution of RICHMOND. The foregoing was unnecessary, unreasonable and excessive, and was therefore in violation of RICHMOND'S rights. Therefore, KIMBLE is liable to RICHMOND pursuant to 42 U.S.C. § 1983.

WHEREFORE, Plaintiff, BILLY RICHMOND, by and through his attorneys, ED FOX & ASSOCIATES, requests judgment against KIMBLE as follows:

1. That the Defendant be required to pay the Plaintiff general damages including emotional distress, in a sum to be ascertained.

2. That Defendant be required to pay Plaintiff special damages.

3. That Defendant be required to pay Plaintiff exemplary and punitive damages in a sum to be ascertained;

4. That Defendant be required to pay Plaintiff's attorneys fees pursuant to Section 1988 of Title 42 of the United States Code, the Equal Access to Justice Act or any other applicable provision;

5. That Defendant be required to pay Plaintiff the costs of suit herein incurred; and

6. That Plaintiff have such other and further relief as the court may deem just and proper.

Submitted by,

_____
Garrett Browne

**PLAINTIFFS HEREBY REQUEST A TRIAL BY JURY**

By:_____
Garrett Browne

ED FOX & ASSOCIATES
Attorneys for Plaintiffs
Suite 330
300 West Adams
Chicago, Illinois 60606
(312) 345-8877

4